UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANNETTE TYLER, <br> an individual, <br><br> Plaintiff, <br><br> v. <br><br> BOURQUE PROPERTIES LLC and <br> WEN-STAR OF LOUISIANA, INC. <br><br> Defendants. | Case No: 6:23-cv-1444-DCJ-CBW <br><br> Judge: David C. Joseph <br><br> Magistrate Judge: Carol B. Whitehurst |

**NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY DISMISSAL ORDER**

NOW INTO COURT comes Plaintiff, Annette Tyler, through undersigned counsel, who represents that the parties have reached an agreement upon settlement terms in the above-captioned matter. The parties request that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences, with the right of either party to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated, this the 5th day of December, 2023.

Respectfully Submitted,

**BIZER & DeREUS, LLC**
*Attorneys for Plaintiff*

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
GARRET S. DeREUS (LA # 35105)
ANNIKA K. MENGISEN (LA # 35524)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com
  gdereus@bizerlaw.com
  annika@bizerlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on December 5, 2023, I electronically filed the foregoing with the Clerk of Court via by using the CM/ECF system, which will serve a copy of the pleading to all parties that have made an appearance.

                                              /s/ Andrew D. Bizer