**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANNETTE TYLER**  <br><br>　　　v.  <br><br>**BOURQUE PROPERTIES, LLC AND WEN-STAR OF LOUISIANA, INC.** | **CIVIL NO.: 6:23-cv-01444**  <br><br>**JUDGE DAVID C. JOSEPH**  <br><br>**MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## *EX PARTE* MOTION TO DISMISS WITH PREJUDICE

**NOW COME** Defendants, Wen-Star of Louisiana, Inc. and Bourque Properties, LLC, which at the agreement and with the consent of Plaintiff, Annette Tyler, and advise the Court that Plaintiff's claims against Defendants have been fully compromised and settled. Accordingly, it is hereby requested that all of Plaintiff's claims against Wen-Star of Louisiana, Inc. and Bourque Properties, LLC be dismissed with prejudice—with each party to bear their own costs.

**WHEREFORE**, Defendants, Wen-Star of Louisiana, Inc. and Bourque Properties, LLC, move this Honorable Court to enter an order dismissing all of Plaintiff's claims against them with prejudice with each party to bear its own costs.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**ADAMS AND REESE LLP**

　　　　　　　　　　　　　　　　　*/s Hunter J. Schoen*
　　　　　　　　　　　　　　　　　HUNTER J. SCHOEN (#37862)
　　　　　　　　　　　　　　　　　450 Laurel Street, Ste. 1900
　　　　　　　　　　　　　　　　　Baton Rouge, LA 70801
　　　　　　　　　　　　　　　　　(225) 336-5200
　　　　　　　　　　　　　　　　　Hunter.schoen@arlaw.com

　　　　　　　　　　　　　　　　　and

2

        LAUREN L. TAFARO (#29320)
        701 Poydras St., Ste. 4500
        New Orleans, LA 70139
        (504) 581-3234
        (504) 566-0210 FAX
        Lauren.tafaro@arlaw.com
        ***Attorneys for Wen-Star of Louisiana, Inc. and Bourque Properties, LLC***