UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ANNETTE TYLER | CIVIL ACTION NO. 6:23-CV-1444 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| BOURQUE PROPERTIES LLC, ET AL | MAGISTRATE JUDGE CAROL B. WHITEHURST |

### ORDER

Considering the JOINT MOTION TO DISMISS ("the Motion") [Doc. 14], filed by Plaintiff, Annette Tyler and Defendants, Bourque Properties LLC, and Wen-Star of Louisiana, Inc.,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that this lawsuit and all claims asserted herein by Plaintiff, Annette Tyler against Defendants, Bourque Properties LLC and Wen-Star of Louisiana, Inc., are hereby DISMISSED WITH PREJUDICE, with each party to bear their own attorney's fees and court costs.

THUS, DONE AND SIGNED in Chambers on this 3rd day of January 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE